UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 31 AM 9: 38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 07 MJ 3005 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| Irma Rosa PLATAS-Lopez | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **December 28, 2007**, within the Southern District of California, defendant **Irma Rosa PLATAS-Lopez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Erika INIGEZ-Velez, Nancy VALTIERRA-Molina** and **Maria Oliva MARTINEZ-Rodriguez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

Sworn to before and subscribed in my presence, this **31st** day of **December 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Roger Quintana Jr., declare under penalty of perjury the following to be true and correct:

The complainant states that **Erika INIGEZ-Velez, Nancy VALTIERRA-Molina** and **Maria Oliva MARTINEZ-Rodriguez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 28, 2007 at approximately 10:40 PM, **Irma Rosa PLATAS-Lopez (Defendant)** applied for admission into the United States from Tijuana, Mexico at the Otay Mesa, California Port of Entry through vehicle primary lane 12. Defendant was the driver and sole visible occupant of a brown 1994 Mazda Protégé. During primary inspection with a Customs and Border Protection (CBP) Officer, Defendant presented a valid Permanent Resident Card bearing the name Rosabel CARRILLO-Martinez. Defendant was an imposter to the document presented. During the cursory inspection of the vehicle, the CBP Officer discovered several people concealed in the trunk. Defendant was taken into custody and escorted to secondary for further investigation. The vehicle was driven to the secondary lot for further inspection.

In secondary, four persons were discovered and removed from the trunk. All were identified as Mexican citizens with no proper documents to enter the United States. Three of the four undocumented aliens were later held as Material Witnesses and are now known as **Erika INIGEZ-Velez, Nancy VALTIERRA-Molina** and **Maria Oliva MARTINEZ-Rodriguez**.

Defendant was advised of her Miranda rights and elected to answer questions without a lawyer present. Defendant admitted she is a citizen of Mexico with no proper documents to enter or reside in the United States. Defendant admitted she knew at least one or two undocumented aliens were concealed in the trunk. Defendant admitted she was smuggling undocumented aliens in exchange for a reduced smuggling fee of $1,500.00 USD. Defendant stated she was saving herself $2,000.00 USD for smuggling the undocumented aliens. Defendant stated she was going to drive the vehicle to the nearest gas station after crossing the border.

Material Witnesses were interviewed and gave the following declaration: Material Witnesses declared being citizens of Mexico with no entitlements to enter or reside in the United States. Material Witnesses stated they wanted to enter the United States to seek employment. Material Witnesses stated fees ranging from an unknown amount to $1,000.00 USD was going to be paid for them being smuggled into the United States.

Executed on this 29th day of **December 2007** at **3:00 PM**.

_____
Roger Quintana Jr. / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page, I find probable cause to believe that the defendant named therein committed the offense on **December 28, 2007** in violation of Title 8, United States Code, Section 1324.

_____     12/30/07 @ 9:45am
CATHY ANN BENCIVENGO       Date / Time
U.S. MAGISTRATE JUDGE