1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Irma Rosa Platas-Lopez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,      )  Case No. 07MJ3005
   |                                )
12 |          Plaintiff,            )
   |                                )
13 | v.                             )  **CERTIFICATE OF SERVICE**
   |                                )
14 | IRMA ROSA PLATAS-LOPEZ,        )
   |                                )
15 |          Defendant.            )
   |_____)

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov; and

19                  Robert E. Schroth, Jr.
20              robschrothesq@sbcglobal.net

21                          Respectfully submitted,

23  DATED:    January 8, 2008        /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Irma Rosa Platas-Lopez