UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR0122-W |
| Plaintiff | ) | 07mj3005 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Irma Rosa Platas-Lopez | ) | |
| | ) | Booking No. 06839298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Oliva Martinez-Rodriguez
# 07510298

DATED: 1-15-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
                    Deputy Clerk