ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

Attorney for Material Witness, Nancy Valtierra-Molina

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No:  08CR00122 |
| ) | Magistrate Case No:  07MJ3005 |
| Plaintiff, ) | |
| ) | Ex Parte Application and Order to Exonerate |
| ) | the Appearance Bond for the Material Witness |
| vs. ) | and Disburse the Bond Funds |
| Irma Rosa PLATAS-Lopez, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Ex Parte Application

I, Robert E. Schroth Jr.**,** attorney for material witness, Nancy Valtierra-Molina, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the United States District Court Judge to remand the material witness to the Bureau of Immigration and Custom Enforcement, and after the material witness was remanded to the custody of the Bureau of Immigration and Custom Enforcement for the return of the material witness to his or her country of origin.

- 1 -

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the Material Witness Bond and also the Clerk of the District Court to return the cash security to the surety.

Dated:   January 23, 2008                             s/Robert E. Schroth
                      Robert E. Schroth Jr.
                      Attorney for the Material Witness

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cr-00122-W    Document 16    Filed 01/23/2008    Page 3 of 3

- 3 -